HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
BRANDON GERBER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  1:14-mj-00073 SAB |
|---|---|
| *Plaintiff,* | ) APPLICATION TO EXONERATE BOND AND TO RECONVEY TITLE OF REAL PROPERTY; ORDER THERETO |
| vs. | ) |
| BRANDON GERBER, | ) |
| *Defendant.* | ) |

Defendant Brandon Gerber hereby requests that this court order the exoneration of the $15,000 bond and the reconveyance of real property.

On May 9, 2014 a $15,000 bond was ordered in the above-captioned matter, to be secured by the property of Belinda Lou Hanke and Leslie Wayne Hanke.  On May 16, 2014, an Original Straight note and Certificate of Title to a Manufactured Home (Mobile Home), Serial Numbers 2341X and 2341U, Label/Insignia Numbers 286626 and 286627, Decal No. ABJ3240, was posted with the Clerk of the United States District Court for the Eastern District of California. On July 1, 2014 the case was transferred to the Southern District of New York, case number 1:14-cr-368 JFK.  On Sept 1, 2015, Brandon Gerber appeared before United States District Court Judge John F. Keenan in the Southern District of New York where he pleaded guilty and was sentenced to time served and three years of supervised release. (See Exhibit A).

Therefore, since Defendant Brandon Gerber has satisfied the conditions of release as ordered by

the Eastern District of California, he requests that the $15,000 bond be exonerated and the certificates of title to a manufactured home be reconveyed and returned Belinda Lou Hanke and Leslie Wayne Hanke.

Dated: September 18, 2014

        HEATHER E. WILLIAMS
        Federal Defender

        /s/ *Charles Lee*
        CHARLES LEE
        Attorney for Defendant,
        BRANDON GERBER

## ORDER

IT IS HEREBY ORDERED that the $15,000 bond be exonerated and the Certificate of Title to a Manufactured Home (MobileHome), Serial Numbers 2341X and 2341U, Label/Insignia Numbers 286626 and 286627, Decal No. ABJ3240 be reconveyed and returned Belinda Lou Hanke and Leslie Wayne Hanke.

IT IS SO ORDERED.

Dated: **September 18, 2015**

        UNITED STATES MAGISTRATE JUDGE

2